*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: December 11, 2014       518384

_____

In the Matter of VICTOR SOWELL,
           Petitioner,

    v

T. FLINT, as Lieutenant Hearing          MEMORANDUM AND JUDGMENT
   Officer at Bare Hill
   Correctional Facility,
           Respondent.

_____

Calendar Date: October 21, 2014

Before: Garry, J.P., Rose, Egan Jr., Devine and Clark, JJ.

_____

Victor Sowell, Malone, petitioner pro se.

Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of the Superintendent of Bare Hill Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Garry, J.P., Rose, Egan Jr., Devine and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court